UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

EDDIE ISAIAH BUMPASS,            )
                                 )
            Plaintiff,           )
                                 )
v.                               )    **JUDGMENT**
                                 )
                                 )    No. 5:14-CV-2-FL
CAROLYN W. COLVIN,               )
Acting Commissioner of Social Security, )
                                 )
            Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 15, 2014, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on December 15, 2014, and Copies To:**

Meredith S. Hinton (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)


December 15, 2014                JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk